1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFRIE ALAN SUMMERS II, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Defendants. | CASE NO.  C22-183RSL<br><br>ORDER OF REFERENCE<br>Supervision of All Pretrial Proceedings in Civil Case |

16 The Court hereby refers all pretrial proceedings in this case to United States Magistrate
17 Judge Theresa L. Fricke, pursuant to 28 U.S.C. §636(b)(1), Local Rules MJR 3 and 4. The
18 Magistrate Judge shall:
19     (a)    consider and take appropriate action upon any and all motions currently pending,
20             and any other motions filed prior to trial;
21     (b)    supervise the completion of discovery;
22     (c)    supervise the preparation of a pretrial order; and
23     (d)    consider and act upon such other matters as might arise in the pretrial phases of
24             this case.
25 Review of actions by the Magistrate Judge shall be in accordance with the provisions of
26 28 U.S.C. §636(b)(1), Fed. R. Civ. P. 72, and Local Rules MJR 3 and 4.
27
28

ORDER OF REFERENCE

DATED this 31st day of March, 2022.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE