Honorable Robert S. Lasnik
Honorable Theresa L. Fricke

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| JEFFRIE ALAN SUMMERS II, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Defendant. | Case No. 2:22-cv-00183-RSL-TLF<br><br>JOINT NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION AND ORDER STAYING DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

Plaintiff Jeffrie Alan Summers II ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant Sea Mar Community Health Centers ("Defendant" or "Sea Mar") (collectively, the "Parties"), by and through their counsel of record, hereby jointly and respectfully submit this Joint Notice of Class Action Settlement and Stipulation Staying Deadlines Pending Final Approval of Class Action Settlement, stating as follows:

WHEREAS, this proposed class action arises out of a data security incident impacting Sea Mar that occurred between December 2020 and March 2021, which was publicly acknowledged by Sea Mar on October 29, 2021 (the "Data Security Incident").

WHEREAS, there are five other actions currently pending in this District arising out of the Data Security Incident: 1) *Barnes v. Sea Mar Community Health Centers* (2:22-cv-00181-RSL-TLF), 2) *Lopez v. Sea Mar Community Health Centers* (2:22-cv-00185-RSL-TLF), 3)

JOINT NOTICE OF CLASS ACTION SETTLEMENT AND
STIPULATION AND ORDER STAYING DEADLINES PENDING
FINAL APPROVAL OF CLASS ACTION SETTLEMENT – 1
USDC Western WA 2:22-cv-00183-RSL-TLF
4854-2096-6428.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

*Maynor v. Sea Mar Community Health Centers* (2:22-cv-00187-RSL-TLF), 4) *Waliany v. Sea Mar Community Health Centers* (2:22-cv-00182-RSL-TLF); and 5) *Hall v. Sea Mar Community Health Centers* (2:22-cv-00184-RSL-TLF) (collectively, the "Related Actions").

WHEREAS, the Court entered an Order setting certain discovery deadlines for the Parties to complete in this action.

WHEREAS, on March 29, 2022, the Parties, along with Plaintiff Hall (through his counsel), participated in a full day mediation with the Honorable Wayne Andersen (Ret.) of JAMS. Although the Parties did not settle at mediation, they continued to negotiate and ultimately reached a class action settlement in principle pursuant to a mediator's proposal on or about April 7, 2022.

WHEREAS, the class action settlement reached by the Parties (along with Plaintiff Hall) will resolve all of the claims in this action and the Related Actions.

WHEREAS, the Parties are focusing their efforts on expeditiously preparing a Settlement Agreement, a Motion for Preliminary Approval, and supporting materials for that filing.

NOW, THEREFORE, considering the settlement reached by the Parties, they, through their counsel of record, STIPULATE TO AND RESPECTFULLY REQUEST that the Court stay this action, except for Plaintiffs' motions for preliminary and final approval of the settlement and any deadlines connected thereto, and set a deadline for the filing of Plaintiffs' Motion for Preliminary approval twenty-one (21) days after entry of an Order approving this Stipulation.

**AGREED TO AND STIPULATED BY:**

DATED: April 15, 2022         HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Thomas E. Loeser*
Thomas E. Loeser, WSBA #38701
1301 Second Ave, Suite 2000
Seattle, WA 98101
(206) 623-7292
toml@hbsslaw.com
Attorneys for Plaintiff Jeffrie Alan Summers II, on behalf of himself and all others similarly situated

JOINT NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION AND ORDER STAYING DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT – 2
USDC Western WA 2:22-cv-00183-RSL-TLF
4854-2096-6428.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: <u>April 15, 2022</u> | MORGAN & MORGAN COMPLEX LITIGATION GROUP |
| 3 | | <u>/s/ Ryan D. Maxey</u> |
| 4 | | Ryan D. Maxey |
| | | 201 N. Franklin Street, 7th Floor |
| 5 | | Tampa, FL 33602 |
| 6 | | (813) 223-5505 |
| | | rmaxey@ForThePeople.com |
| 7 | | Attorneys for Plaintiff Jeffrie Alan Summers II, on behalf of himself and all others similarly situated |
| 8 | | |
| 9 | DATED: <u>April 15, 2022</u> | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 10 | | <u>/s/ Randy J. Aliment</u> |
| | | Randy J. Aliment, WSBA #11440 |
| 11 | | 1111 Third Avenue, Suite 2700 |
| 12 | | Seattle, Washington 98101 |
| | | (206) 436-2020 / (206) 436-2030 Fax |
| 13 | | Randy.Aliment@lewisbrisbois.com |
| | | Attorneys for Defendant |
| 14 | | |

**IT IS SO ORDERED: THE PARTIES SHALL FILE A MOTION FOR PRELIMINARY APPROVAL AND CLASS SETTLEMENT AGREEMENT ON OR BEFORE MAY 9, 2022.**

DATED: <u>April 18, 2022</u>

*[signature]*

**THERESA FRICKE**
**U.S. MAGISTRATE JUDGE**

JOINT NOTICE OF CLASS ACTION SETTLEMENT AND STIPULATION AND ORDER STAYING DEADLINES PENDING FINAL APPROVAL OF CLASS ACTION SETTLEMENT – 3
USDC Western WA 2:22-cv-00183-RSL-TLF
4854-2096-6428.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020