THE HONORABLE ROBERT S. LASNIK
THE HONORABLE THERESA L. FRICKE

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| JEFFRIE ALAN SUMMERS II, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEA MAR COMMUNITY HEALTH CENTERS,<br><br>Defendant. | Case No. 2:22-cv-00183-RSL-TLF<br><br>**JOINT STIPULATION TO REMAND**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 4, 2022** |

      Plaintiff Jeffrie Alan Summers II ("Plaintiff") and Defendant Sea Mar Community Health Centers ("Sea Mar"), by and through their respective attorneys, jointly stipulate to, and respectfully request, remand of this action to King County Superior Court pursuant to 28 U.S.C. § 1447.

      1.    Sea Mar removed this action from King County Superior Court to this Court on February 16, 2022, arguing that the Court had jurisdiction over the action under the Public Health Services Act, 42 U.S.C. § 233. ECF No. 1. At this same time, Sea Mar removed five other related actions from King County Superior Court. *See Barnes, et al v. Sea Mar Community Health Centers*, Case No. 2:22-cv-00181-RSL-TLF; *Lopez v. Sea Mar Community Health Centers*, Case No. 2:22-cv-00185-RSL-TLF; *Maynor v. Sea Mar Community Health Centers*, Case No. 2:22-cv-00187-RSL-TLF; *Waliany v. Sea Mar Community Health Centers*, Case No.

JOINT STIPULATION TO REMAND - 1
USDC Westtern WA 2:22-cv-00183-RSL-TLF

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4888-3889-1806.1

2:22-cv-00182-RSL-TLF; and *Hall v. Sea Mar Community Health Centers*, Case No. 2:22-cv-00184-RSL-TLF.

2. In light of the recent hearing in *Summers* where the parties stipulated to an oral motion for remand (*See Summers*, ECF No. 26), Plaintiff and Sea Mar agree that remand to the King County Superior Court is appropriate.

3. Accordingly, Plaintiff and Sea Mar stipulate to remand of this action to King County Superior Court and respectfully request that the Court enter an Order remanding this case to state court pursuant to 28 U.S.C. § 1447.

Dated: May 4, 2022                        Respectfully submitted,


/s/ *Thomas E. Loeser*
Thomas E. Loeser, WSBA #38701
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave, Suite 2000
Seattle, WA 98101
(206) 623-7292
***Counsel for Plaintiff***


/s/ *Randy J. Aliment*
Randy J. Aliment, WSBA #11440

/s/ *Kathleen A. Nelson*
Kathleen A. Nelson, WSBA# 22826

/s/ *Aryn M. Seiler*
Aryn M. Seiler, WSBA# 57270
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1111 Third Avenue, Suite 2700
Seattle, WA  98101
206-436-202
randy.aliment@lewisbrisbois.com
kathleen.nelson@lewisbrisbois.com
aryn.seiler@lewisbrisbois.com
***Counsel for Defendant***

JOINT STIPULATION TO REMAND - 2
USDC Westtern WA 2:22-cv-00183-RSL-TLF

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4888-3889-1806.1